## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

TYRONE CHURCH,

    Plaintiff,

v.                                              Case No: 8:12-cv-70-T-30TGW

PATRICK R. DONAHOE,

    Defendant.
_____

## ORDER OF DISMISSAL

Before the Court is the Plaintiff's Notice of Voluntary Dismissal (Dkt. #16). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed, with each party to bear their own attorney's fees and costs.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 25th day of January, 2013.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2012\12-cv-70 dismiss 16.docx